## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICKY JONES, | 3:07-CV-21-BES-VPC |
|     Plaintiff, | |
| v. | **ORDER** |
| LARRY SHEW, *et al.* | |
|     Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#23) ("Recommendation") entered on August 27, 2007, in which the Magistrate Judge recommends that this Court enter an order dismissing the instant action for failure to exhaust administrative remedies. No objections have been filed.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#23) entered on August 27, 2007, is adopted and accepted without

///
///
///
///

1

1  modification. Thus, in accordance with the Report and Recommendation, this action is
2  DISMISSED. The Clerk shall enter judgment accordingly.
3      IT IS SO ORDERED.
4      DATED: This 11TH day of September, 2007.

                                                             UNITED STATES DISTRICT JUDGE

2